UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00537-BR

| | | |
|---|---|---|
| FRANK BRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ROBERT LAUFF, | ) | |
| ROYAL MARKET OWNER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the 9 February 2012 Memorandum and Recommendation (M&R) of Magistrate Judge James E. Gates recommending that this case be dismissed based on plaintiff's failure to establish that this court has subject matter jurisdiction over the case. Plaintiff has not filed objections to the M&R. The court ADOPTS the M&R as its own. Accordingly, this action is DISMISSED.

This 7 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge