UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Frank Brett,                         )
            Plaintiff,    )
                                     )
    v.                             )     **JUDGMENT**
                                     )
Robert Lauff,                        )     No. 5:11-CV-537-BR
Royal Markey Owner,                  )
            Defendants.   )
                                     )

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the Memorandum and Recommendation (M&R) of US Magistrate Judge James E. Gates.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the M&R as its own. Accordingly, this action is DISMISSED

**This judgment filed and entered on March 7, 2012, and served on:**

Frank Brett (via US Mail at PO Box 2511, Philadelphia, PA 19148)

March 7, 2012                        /s/ Julie Richards,
                                     Clerk of Court